### 18305. SCOTT *v.* BRADLEY, for use, etc.

BLOODWORTH, J. 1. There is nothing in any of the grounds of the motion for a new trial that requires another hearing of the case.

2. The court did not err in directing a verdict for the plaintiff.

        *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1927. REHEARING DENIED DECEMBER 13, 1927.

Complaint; from city court of Decatur—Judge Guess. May 6, 1927.

*Oliver C. Hancock,* for plaintiff in error.

*Boykin & Boykin, John A. Dunaway,* contra.